IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| KENTROYIA WILLIAMS, | : |
| Petitioner, | : |
| VS. | : |
| | : 1 : 10-CV-155 (WLS) |
| Chief Judge WILLIE E. LOCKETTE, *et al*, | : |
| Respondents. | : |

## RECOMMENDATION

On November 8, 2010, Petitioner filed this Writ of Mandamus against Chief Judge Willie Lockette, Brumby Montgerard, and Clerk Evonne Mull, all Georgia state employees. Petitioner filed this action pursuant to Georgia law, O.C.G.A. § 9-6-20, requesting that Respondents be required to comply with the law and consider Petitioner's motions in a timely manner. (Doc. 1).

Federal mandamus is available only to compel an officer or employee of the United States to perform a duty owed to the plaintiff. *Bailey v. Silberman*, 226 Fed. Appx. 922, 924 (11th Cir. 2007). "[A] federal court lacks the general power to issue writs of mandamus to direct state courts and their judicial officers in the performance of their duties where mandamus is the only relief sought." *Moye v. Clerk, DeKalb County Superior Court*, 474 F.2d 1275 (5th Cir. 1973); *Bailey*, 226 Fed. Appx. at 924.

Herein, Petitioner has only sought mandamus relief against state court judicial officers and employees. (Doc. 1). As Respondents are not officers or employees of the United States, this Court lacks jurisdiction to grant the relief Petitioner has requested. Accordingly, the undersigned recommends Petitioner's Writ of Mandamus be **DISMISSED.** *See Bailey*, 226 Fed. Appx. at 924.

Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the Honorable W. Louis Sands, United States District Judge, WITHIN FOURTEEN (14) DAYS after being served with a copy of this Recommendation.

**SO RECOMMENDED**, this 27th day of June, 2011.

*s/ THOMAS Q. LANGSTAFF*

**UNITED STATES MAGISTRATE JUDGE**

llf