**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

KENTROYIA WILLIAMS, :
:
    Petitioner, :
:
v. : CASE NO.: 1:10-CV-155 (WLS)
:
Chief Judge WILLIE E. LOCKETTE, *et al.*, :
:
    Respondents. :
_____:

## **ORDER**

    Before the Court is a Report and Recommendation from United States Magistrate Judge Thomas Q. Langstaff, filed June 27, 2011. (Doc. 3). It is recommended that the *pro se* Petitioner's Petition for a Writ of Mandamus (Doc. 1) be dismissed for want of jurisdiction. (Doc. 3 at 1). No objections were filed within the fourteen-day period provided pursuant to 28 U.S.C. § 636(b)(1), which objection period expired on July 14, 2011, with application of the prisoner mailbox rule. (*See* Doc. 3 at 1-2; Docket; Fed. R. Civ. P. 6(d)).

    Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 3) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, the *pro se* Petitioner's Petition for a Writ of Mandamus (Doc. 1) is **DISMISSED** for want of jurisdiction.

    **SO ORDERED**, this  20th  day of July, 2011.

                                                     /s/ W. Louis Sands
                                                   **THE HONORABLE W. LOUIS SANDS,**
                                                   **UNITED STATES DISTRICT COURT**